**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

SOLAR SPECTRUM, LLC and HOSOPO
CORPORATION d/b/a/ HORIZON SOLAR
POWER,

                  Plaintiffs,

-against-

AEC YIELD CAPITAL LLC, CPF ASSET
MANAGEMENT LLC, ACE FUNDING SOURCE
LLC, ARGUS CAPITAL FUNDING LLC, QUEEN
FUNDING LLC, NEW ERA LENDING LLC,
YELLOWSTONE CAPITAL WEST LLC, and
INTERNAL REVENUE SERVICE,

                  Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 17 2020

ORDER

18 Civ. 7950 (GBD) (JLC)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action.

Dated: January 17, 2020
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge